# Exhibit 1

# Exhibit 1



**From:** Iwebo, Jane N.
**Sent:** Tuesday, August 01, 2017 7:46 AM
**To:** Bahra, Amanpreet K.
**Cc:** Cosby, Ernestine
**Subject:** RE: Meeting from 7/11/17

Aman,

Good morning, I am a bit surprised this morning when I introduced myself to Sierra, the new nurse on orientation and she informed me that she is hired full time day/evening rotation for unit 2F. According to the email attached, I had a meeting with you on Monday July 10, 2017 in reference to my doctors recommendation to get off night shift. On July 11th,2017  you informed me that per Ernestine there is no full time position on  day/evening available on Unit 2F. Since this position became available, I am requesting that you kindly consider me for the position since I requested first and you made a promise according to the email attached "I have also agreed to make you aware if future nurse positions open on 2F" . Thank you.

Jane Iwebo