IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JANE IWEBO | * |
| Plaintiff, | * |
| vs. | *   **Case No. 1: 19-cv-03008-BPG** |
| SHEPPARD PRATT HEALTH SYSTEM, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, by and through her undersigned counsel, files this Plaintiff's Motion In Opposition To Defendant's Motion to Dismiss (Dkt. No. 11) Granting a Motion to Dismiss is improper in this case because Plaintiff has stated claims on which relief can be granted.

Respectfully Submitted,

/s/ George A. Rose

George A. Rose, Esq., (Bar No. 26086)
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore, MD.  21202
Telephone #: 410-727-7555
Facsimile #: 443-320-0962
Email: grose@roselawfirm.net
Attorney for *Plaintiff Jane Iwebo*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January 2020, a copy of the foregoing Plaintiff's Motion In Opposition To Defendant's Motion To Dismiss was electronically filed and served upon, and/or mailed to: Bruce S. Harrison, Esq., (bsh@shawe.com) and Alexander I. Castelli (aic@shawe.com)  at  SHAWE ROSENTHAL LLP, One South Street, Suite 1800, Baltimore, MD 21202, attorneys for Defendant.

*/s/ George A. Rose*
_____
George A. Rose, Esq.