IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JANE IWEBO * | |
| * | |
| Plaintiff, * | |
| vs. * | **Case No. 1: 19-cv-03008-BPG** |
| * | |
| SHEPPARD PRATT HEALTH * | |
| SYSTEM, INC. * | |
| * | |
| Defendant. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Jane Iwebo ("Plaintiff") by and through her undersigned counsel, hereby files this Motion To Modify Scheduling Order, and state as follows:

1. On August 26, 2021, the Parties filed a Joint Motion to Modify the May 3, 2021, Scheduled Order issued by the Court in this case. The Order, which was granted by the Court, modified the original scheduling Order as follows:

| EVENT | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery deadline; submission of status report | September 15, 2021 | November 30, 2021 |
| Requests for admission | September 22, 2021 | December 15, 2021 |
| Dispositive pretrial motions deadline | October 15, 2021 | January 15, 2022 |

2. The Parties filed the Joint Motion as requested by this Court's August 17, 2021, Letter Order, in response to Defendant's Motion to Compel Discovery, and recognizing that the Parties would not complete discovery by September 15, 2021, in light of the illness of Plaintiff's counsel.

3. Subsequently, Plaintiff's counsel underwent a surgical procedure and is progressing with rehabilitation and recovery, including attending physical therapy twice per week.

4. The Parties have also, subsequently, progressed with discovery, including exchange of interrogatories, and documents requests and production, addressing discovery disputes and deposition

of Plaintiff. However, Plaintiff still needs additional time to complete discovery, particularly depositions and addressing discovery disputes.

5. The need for the additional time arises because of several reasons, including the following: (1) Plaintiff's undersigned counsel ongoing medical treatment/rehabilitation; (2) Plaintiff's counsel litigation schedule in other cases; (3) the passing of Plaintiff's counsel's close sister on October 22, 2021, (to be buried on November 29, 2021), and observation of sacred Rastafarian religious days from the end of October 2021, thru November 3, 2021, all of which have unavoidably reduced the necessary time required to meet the scheduling order.

6. Plaintiff, therefore, requests the further Court to extend the schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery deadline; submission of status report | November 30, 2021 | January 5, 2021 |
| Requests for admission | December 15, 2021 | January 15, 2022 |
| Dispositive pretrial motions deadline | January 15, 2021, | January 30, 2022 |

7. On November 22, 2021, Plaintiff requested Defendant's consent to the relief sought in this motion, however, at the time of this filing, Defendant's counsel had not yet responded to the request.

8. A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A) Plaintiff's request to extend time is for good cause and is not intended to or will result in undue delay in this matter. It is well-settled that district courts have broad discretion to manage the timing of discovery, *Ardrey v. United Parcel Service*, 798 F.2d 679, 682 (4th Cir. 1986), *cert. denied*, 480 U.S. 934, 107 S.Ct. 1575 (1987), and the only formal limitation on this discretion with respect to consideration of motions to amend scheduling orders is that the moving party demonstrate good cause. *See* Fed. R. Civ. P. 16(b)(4). "Good cause" is shown when the moving party demonstrates that the scheduling order deadlines cannot be met despite its diligent efforts. *Potomac Elec. Power Co. v. Elec.*

*Motor Supply, Inc.,* 190 F.R.D. 372, 375 (D. Md.1999) (*quoting Dilmar Oil Co., Inc. v. Federated Mut. Ins. Co.,* 986 F. Supp. 959, 980 (D. S.C. 1997). Here as the moving party Plaintiff has shown good cause because, despite the limitations, constraints, and challenges, Plaintiff has moved the litigation along and completed a significant amount of discovery in the case.

WHEREFORE, for good cause shown, and in interests of full and complete discovery, orderly resolution of issues raised in the litigation, and prevent injustice and undue hardship, Plaintiff respectfully request the Court to GRANT Plaintiff's Motion to Modify Scheduling Order.

Respectfully Submitted,

*/s/ George A. Rose*

_____
George A. Rose, Esq.,
Federal Bar No. 26086
Rose Law Firm, LLC
9134 Liberty Road
Randallstown, MD. 21202
Telephone #: 410-727-7555
Facsimile #: 443-320-0962
Email: grose@roselawfirm.net
Attorney for *Plaintiff Jane Iwebo*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November 2021, a copy of the foregoing Motion to Modify Scheduling Order and Proposed Order was electronically filed and served upon, and/or mailed to: Teresa D. Teare tdt@shawe.com and Veronica Yu Welsh vyw@shawe.com at SHAWE ROSENTHAL LLP, One South Street, Suite 1800, Baltimore, MD 21202, attorneys for Defendant.

*/s/ George A. Rose*
_____
GEORGE A. ROSE, ESQ.