## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE IWEBO, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: BPG-19-3008 |
| SHEPPARD PRATT HEALTH SYSTEM, INC., | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendant's Motion for Summary Judgment (ECF No. 62) is GRANTED. The Clerk is directed to close this case.


August 24, 2022                               /s/
                                       Beth P. Gesner
                                       Chief United States Magistrate Judge